

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00214-CR

| | | |
|---|---|---|
| JAY ALLEN JONES, Appellant | § | On Appeal from the 43rd District Court |
| | § | |
| v. | | of Parker County (CR21-0316) |
| | § | |
| | | April 20, 2023 |
| THE STATE OF TEXAS | § | |
| | | Memorandum Opinion by Justice Kerr |
| | § | |
| | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's orders. We modify the trial court's orders appointing trial counsel to remove the attorney's-fees-reimbursement obligation. We also modify the trial court's "Bill of Cost" and "Order to Withdraw Funds Held Under Texas Government Code § 501.104" to delete the $15 time-payment fee without prejudice

to future assessment. We affirm as modified the challenged trial-court orders, and we affirm the trial court's judgment.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
      Justice Elizabeth Kerr